UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ELIZABETH LANGER a/k/a
ELIZABETH FRANKEL,

                Plaintiff,

    -against-                     REFERRAL ORDER
                                    15-CV-0668(JS)(SIL)
THE COUNTY OF SUFFOLK, JANE DOE 1,
and JANE DOE 2,

                Defendants.
----------------------------------------X
APPEARANCES
For Plaintiff:       Christopher S. Olson, Esq.
                     434 New York Avenue
                     Huntington, NY 11743


For Defendants:
County of Suffolk   Arlene S. Zwilling, Esq.
                     Suffolk County Attorney
                     H. Lee Dennison Building, Fifth Floor
                     100 Veterans Memorial Highway
                     P.O. Box 6100
                     Hauppauge, NY 11788

SEYBERT, District Judge:

        Plaintiff's motion to amend (Docket Entry 18) is HEREBY REFERRED to Magistrate Judge Steven I. Locke pursuant to Rule 72(a) of the Federal Rules of Civil Procedure for DECISION. See Fielding v. Tollaksen, 510 F.3d 175, 178 (2d Cir. 2007) ("As a matter of case management, a district judge may refer nondispositive motions, such as a motion to amend the complaint, to a magistrate judge for decision without the parties' consent."); Dollar Phone Corp. v. St. Paul Fire, No. 09-CV-1640, 2011 WL 837793, at *1

(E.D.N.Y. Mar. 4, 2011) (collecting cases).  The parties are directed to address all future filings related to this motion to Judge Locke.

                              SO ORDERED.


                              /s/ JOANNA SEYBERT_____
                              Joanna Seybert, U.S.D.J.

Dated:    April __6__, 2016
          Central Islip, New York